| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| LAVONDRICK LARD, | § § | |
| Plaintiff, | § § | |
| *versus* | § § | CIVIL ACTION NO. 1:18-CV-44 |
| DALLAS B. JONES, *et al.*, | § § | |
| Defendants. | § § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Lavondrick Lard, an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought the above-styled lawsuit.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed without prejudice for want of prosecution.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report and recommendation of the Magistrate Judge is **ADOPTED**. A final

judgment will be entered by separate order in this case in accordance with the Magistrate Judge's recommendation.

SIGNED at Beaumont, Texas, this 11th day of May, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE